ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

v.

JESSICA SALMERON,

                Defendant,

and

CREDIT UNTION OF TEXAS and

                Garnishees.

No. 3:13-CR-236-M

**PUBLIC DOCUMENT**

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 11 2014

CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

## CLAIM FOR EXEMPTIONS,
## REQUEST FOR HEARING, AND/OR REQUEST FOR TRANSFER

[ ] I think that the property the Garnishee _____ is withholding is

exempt under the following applicable exemption(s): _____.

[X] I request a [ ] hearing in this district or a [ ] transfer to the federal district where

I reside in the ___Northern___ (district) of ___Texas___ (state).

[ ] I do not request a hearing in this matter.

I understand that this form will be a publicly filed document.

___12.11.14___
Date

_____ (space)
Defendant-Judgment Debtor
Address: _8007 San Benito Way_
_Dallas Tx, 75218_
Email: _nsalmeron2823@yahoo.com_
Daytime Telephone: _2148242222_

Claim for Exemptions, Request for Hearing, and/or Request for Transfer- Page 1

## CERTIFICATE OF SERVICE

I certify that on this _____11ᵗʰ_____ day of _____December_____, 2014,

I mailed the Claim for Exemptions, Request for Hearing, and/or Request for Transfer to

the following:

**Original to:**
United States District Clerk
Northern District of Texas
United States District Clerk
1100 Commerce Street, Room 1452
Dallas, TX  75242-1003

**Copies to:**
Melissa A. Childs
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699

Credit Union Of Texas
Angela M. Faust, Registered Agent
8131 LBJ Freeway, Suite 550
Dallas, TX  75251
*Garnishee*

Nicholas Anthony Salmeron
XXXX XXXX XXXX
Dallas, TX
*Spouse*

Jessica Salmeron

Claim for Exemptions, Request for Hearing, and/or Request for Transfer- Page 2

12/11/2014

• • •

Nicholas A Salmeron
8807 San Benito Way
Dallas, Texas 75218


United States District Court
Northern District of Texas

Re: No 3:13-CR-236-M – Writ Garnishment


I, Nicholas Salmeron am requesting a hearing for the Writ of Garnishment listed above. I understand the dept owed to the government, and this dept is not is question. My hearing request is only pertaining to the IRA account with the Credit Union of Texas. Being that these funds were accumulated before we were married, I feel that this one account should be reconsidered.


Sincerely,

Nicholas A Salmeron

N. Salmeron
8867 San Benito Way
Dallas, Tx. 75218

United States District Clerk
Northern District of Texas
United States District Clerk
1100 Commerce Street, Room 1452
Dallas, TX. 75242-1003