IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

v.

JESSICA SALMERON,

               Defendant,

and

CITIGROUP PENSION PLAN,

               Garnishee

No. 3:13-CR-236-M

**PUBLIC DOCUMENT**

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 3202 (c), the undersigned counsel for the United States

certifies that the following documents:

Application for Writ of Garnishment;
Clerk's Notice of Exemptions and Hearing and/or Transfer Request Forms;
Writ of Garnishment for each Garnishee;
Answer Form; and
Letters of Instructions to Defendant, Spouse, and each Garnishee

(docs. 56-58) were served on the Garnishee by overnight mail on May 12, 2015, as

shown by the attached Exhibit A and acknowledged in its Answer (doc. 59):

Citigroup Pension Plan
Plans Administration Committee of Citigroup, Inc.
One Court Square, 21st Floor
Long Island City, NY  11120

**United States' Certificate of Service of Garnishment Process – Page 1**

After confirmation that the Garnishee had been served, the United States sent the

garnishment process to the Defendant-Judgment Debtor and her spouse, by e-mail on

May 12, 2015 as shown by the attached Exhibits B and C:


        Jessica Salmeron                Nicholas Salmeron
        Dallas, TX                      Dallas, TX
        *Defendant-Judgment Debtor[1]*     *Spouse*

The United States further certifies that there is no reason for the clerk to delay the

lifting of the *ex parte* restriction on the prior filings related to this matter, as previously

directed in the Court's Order for Issuance of Writ of Garnishment.

        Respectfully submitted,

        JOHN R. PARKER
        ACTING UNITED STATES ATTORNEY


        */s/ Melissa A. Childs*
        MELISSA A. CHILDS
        Assistant United States Attorney
        Illinois Bar No. 6273797
        1100 Commerce Street, Third Floor
        Dallas, TX 75242-1699
        Telephone: 214-659-8600
        melissa.childs@usdoj.gov

---

[1] Pursuant to FED. R. CRIM. P. 49.1, the defendant's home address has been redacted to the city and state to prevent public disclosure.  Upon request of the court, the full address will be provided *in camera*.

United States' Certificate of Service of Garnishment Process – Page 2