IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| JESSICA SALMERON, | No. 3:13-CR-236-M |
| Defendant, | |
| and | |
| CITIGROUP PENSION PLAN, CREDIT UNION OF TEXAS, and EXCALIBUR COLLISION CENTER, INC., | |
| Garnishees. | |

### TERMINATION OF GARNISHMENT
### AND SATISFACTION AND RELEASE OF JUDGMENT

Pursuant to 28 U.S.C. § 3205(c)(10), the United States of America, by the undersigned, terminates the garnishment proceedings against Defendant-Judgment Debtor Jessica Salmeron, her spouse Nicholas Anthony Salmeron, and Garnishees Citigroup Pension Plan, Credit Union of Texas, and Excalibur Collision Center, Inc., as the judgment has now been paid in full.  Therefore, any additional funds withheld in compliance with the writs of garnishment entered in this case may now be released from restriction.

On May 28, 2014, the judgment entered by this Court imposed a mandatory special assessment of $100 plus $76,781.41 in restitution against Defendant-Judgment

Debtor Jessica Salmeron. Those monetary impositions having now been paid in full, the Clerk of the Court is authorized to satisfy the judgment of record.[1]

            Respectfully submitted,

            JOHN R. PARKER
            UNITED STATES ATTORNEY

            */s/ Melissa A. Childs*
            MELISSA A. CHILDS
            Assistant United States Attorney
            Illinois Bar No. 6273797
            1100 Commerce Street, Third Floor
            Dallas, Texas  75242-1699
            Telephone: 214-659-8600
            Melissa.Childs@usdoj.gov

---

[1] The United States will provide an original release of lien directly to Defendant-Judgment Debtor Jessica Salmeron to be recorded in the real property records.

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

> United States' Termination of Garnishment Proceedings and Satisfaction and Release of Judgment

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on March 2, 2016, to the following non-ECF filers:

Tom W. Sharp
Blalack & Williams
5550 LBJ Freeway, Ste. 400
Dallas, TX 75240
214/630-1916; 214/630-1112 (fax)
tsharp@blalack.com
*Attorney for Garnishee*

Excalibur Collision Center, Inc.
Alexander Gonzalez, Registered Agent
710 Exposition Ave
Dallas, TX 75226
*Garnishee*
*Service by e-mail*
alex@excaliburcollision.com

Citigroup Pension Plan
Amy Noelle, Pension Plan Manager
Corporate HR – Global Benefits
1 Court Square, 21st Floor
Long Island City, NY 11120
Amy.noelle@citi.com
*Garnishee*

Jessica Salmeron
XXXX XXXX
Dallas, TX 75218
jess.salmeron@yahoo.com
*Judgment-Debtor*

Nicholas Anthony Salmeron
XXXX XXXX
Dallas, TX 75218
nsalmeron2323@yahoo.com
*Spouse*

*s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney