IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13-CR-236-01 |
| JESSICA SALMERON | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Texas under case number 3:13-CR-236-01. The judgment in the amount of $76,881.41 has been paid or otherwise satisfied. The Clerk of the United States District Court is hereby authorized to release this judgment of record. The lien recorded in Bexar County, Texas as document number 20140153094, on September 5, 2014 is hereby released.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Mark Tindall
MARK J. TINDALL
Assistant United States Attorney
Texas Bar No. 24071364
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8751
Mark.Tindall@usdoj.gov

Subscribed and sworn to before me on the 15 day of April, 2016 at Dallas, TX by Mark J. Tindall Assistant United States Attorney.

_____
Notary Public



BENJAMIN JOHN PEOPLES
Notary Public, State of Texas
My Commission Expires
September 15, 2019

**Release of Judgment Lien Page | 1**

## CERTIFICATE OF SERVICE

The undersigned certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Satisfaction of Judgment and/or Release of Lien

was served pursuant to the district court's ECF system. An original release of judgment lien for recording in each county was sent by first-class mail on April 15, 2016 to the following non-ECF filers:

Jessica Salmeron
8807 San Benito Way
Dallas, TX 75218
*Defendant*

                                        *s/ Mark J. Tindall*
                                        MARK J. TINDALL
                                        Assistant United States Attorney